## SAME CASE ON SECOND APPEAL.

CLINTON, J.  Creditors cannot claim the annulment of their debtor's transactions, either by the revocatory action, or the action *en déclaration de simulation*, without alleging the insolvency of their debtor or that he has no other property out of which their debt can be made.  A failure to make these specific allegations will justify the Court in sustaining the exception of no cause of action which may be filed at any time before final judgment.  Hart vs. Bowie, 34 An. 323; Willis vs. Scott, 32 An.

2.  Where one defendant has filed a certain exception on which the suit has been dismissed as to his co-defendants, and, on appeal by plaintiffs, the exception is overruled and the case remanded, it will be improper and illegal for another defendant to file the same exception in the District Court.  The decision of the Circuit Court is final and *res adjudicata* as to all parties to the appeal, not only as to pleas and defenses filed by them, but as to all the questions decided in the case.

---

## YALE & BOWLING vs. WASSMAN & HALL.

MAYO, J.  Where testimony is taken by commission, all objections to the interrogatories, such as that they are leading, irrelevant, inadmissible under the pleadings, should be specially reserved by the opposite party before the commission is sent off and the expense of taking incurred.  Where defendant waived service of the interrogatories, reserving all legal objections to the interrogatories and evidence when taken, he cannot on the trial object to one of the interrogatories, on the ground that it is leading. 9 An. 24; 2 An. 309.

2.  Accounts composed of several items of less than $500 may be proved by one witness, though the total amount exceeds that sum.  19 An. 71; 28 An. 144.